ROSE DRUCKERMAN, etc., Respondent, v. JAMES G. HARBORD and Others, Respondents. GEORGE SAIEVETZ, etc., Respondent, v. OWEN D. YOUNG and Others, Respondents. LEO J. COSLOW and JACOB FOX, etc., Respondents, v. RADIO CORPORATION OF AMERICA and Others, Respondents. HARRY A. PROPP, MAX M. HERSH and CHARLES M. PALTY, etc., Appellants, v. ARTHUR E. BRAUN and Others, Respondents. ANN SAPADIN, etc., Respondent, v. JAMES G. HARBORD

and Others, Respondents.— Order so far as appealed from modified by striking out the provision for trial counsel, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.